UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 05 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00109 BSM |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(D) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| DEANDREIAN DEVONTE MEADOWS | ) | 18 U.S.C. § 922(n) |
| a/k/a FATHEAD | ) | 18 U.S.C. § 924(a)(1)(D) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about October 10, 2021, in the Eastern District of Arkansas, the defendant,

DEANDREIAN DEVONTE MEADOWS,
a/k/a FATHEAD

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 2

On or about October 10, 2021, in the Eastern District of Arkansas, the defendant,

DEANDREIAN DEVONTE MEADOWS,
a/k/a FATHEAD,

knowingly and intentionally possessed one or more of the following firearms:

1. a Romarm/Cugir, 7.62 caliber rifle, bearing serial number 21PF-8553, and

2. an Anderson, AR-15, bearing serial number 21001398

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is a: violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

Between, on or about August 17, 2021 and on or about October 10, 2021, in the Eastern District of Arkansas, the defendant, DEANDREIAN DEVONTE MEADOWS, a/k/a FATHEAD, who was then under information for a crime punishable by imprisonment for a term exceeding one year, to wit: Fleeing, did willfully receive a firearm, that is a Romarm/Cugir, 7.62 caliber rifle, bearing serial number 21PF-8553, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, DEANDREIAN DEVONTE MEADOWS, a/k/a FATHEAD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, the following specific property: a Romarm/Cugir, 7.62 caliber rifle, bearing serial number 21PF-8553, and an Anderson, AR-15, bearing serial number 21001398.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, DEANDREIAN DEVONTE MEADOWS, a/k/a FATHEAD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following specific property: a Romarm/Cugir, 7.62 caliber rifle, bearing serial number 21PF-8553, and an Anderson, AR-15, bearing serial number 21001398.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2 or 3 of this Indictment, the defendant, DEANDREIAN DEVONTE MEADOWS, a/k/a FATHEAD, shall forfeit to the United States, under Title 18,

United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: a Romarm/Cugir, 7.62 caliber rifle, bearing serial number 21PF-8553, and an Anderson, AR-15, bearing serial number 21001398.